UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:12–cv–00310–AG–JPR | Date | 8/15/2016 |
| Title | GABRIEL JIMENEZ V. OREILLY AUTOMOTIVE INC ET AL | | |

Present: The Honorable  Andrew J. Guilford , U. S. District Judge

Lisa Bredahl
Deputy Clerk

Miriam Baird
Court Reporter/Recorder

Attorney(s) Present for Plaintiff(s):
Marc Phelps
Scott Cooper

Attorney(s) Present for Defendant(s):
James Peterson
Jason Ross

**Proceedings:**    **MOTION FOR CLASS CERTIFICATION [DKT 31]**

    Cause is called for hearing and counsel make their appearances. Matter is argued and taken under submission.

:38

Initials of Preparer:  lb